**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ROBERT CASEY,

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES
LLC, a foreign corporation, and
NATIONSTAR MORTGAGE, LLC, a
foreign corporation,
jointly and severally,

       Defendants.

Civil Action No. 12-cv-10467

Hon. Patrick J. Duggan

Mag. Judge Mark A. Randon

_____

### ORDER GRANTING IN PART DEFENDANT NATIONSTAR MORTGAGE LLC'S MOTION FOR PROTECTIVE ORDER AND TO STRIKE NOTICE OF MATTERS DEEMED ADMITTED

Defendant Nationstar Mortgage LLC ("Nationstar") having filed a Motion for Protective Order and To Strike Notice of Matters Deemed Admitted and Brief in Support (Document No. 25, the "Motion"); Plaintiff having filed a response opposing Nationstar's Motion (Document No. 33); the Court having heard oral argument on the Motion on Thursday, June 14, 2012; and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that Nationstar's Motion is GRANTED IN PART for the reasons stated on the record. The Notice of Matters Deemed Admitted filed by Plaintiff (Document No. 21) is STRICKEN from the record of this case. Nationstar shall respond to Plaintiff's First Requests for Admission to Nationstar (the "Requests for Admission") on or before July 16, 2012. All remaining discovery in this case as between Plaintiff and Nationstar is

STAYED pending the Honorable Judge Patrick J. Duggan's disposition of Nationstar's Motion to Enforce Settlement (Document No. 23).

    **SO ORDERED**.

                                        s/Mark A. Randon
                                        MARK A. RANDON
                                        UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2012

*Certificate of Service*
*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 19, 2012, by electronic and/or ordinary mail.*

                                        *s/Melody Miles*
                                        *Case Manager*

**APPROVED AS TO FORM ONLY:**

By: /s/ Travis Lee Shackelford (w/consent)    By: /s/ Matthew Mitchell
    Travis Lee Shackelford (P68710)            Matthew Mitchell (P69810)
    Attorney for Plaintiff                           Attorney for Nationstar Mortgage LLC

Dated:  June 15, 2012                            Dated:  June 15, 2012